by separate attorneys and filing separate briefs on this appeal payable out of the trust fund. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WALLACE BINNY, Respondent, v. BENNETT AVENUE BUILDING CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE GEORGE L. DYER COMPANY, Respondent, v. EDWARD M. STERLING, Appellant. (Action No. 2.) — Judgment affirmed with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE CITY OF NEW YORK, Respondent, v. EASTERN PARKWAY, BROWNSVILLE AND EAST NEW YORK TRANSIT RELIEF ASSOCIATION, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of HELEN SCHELL, Respondent, v. WILLIAM GROSSBARD, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

RUTH HOROWITZ, an Infant, by SAMUEL HOROWITZ, Her Guardian ad Litem, and SAMUEL HOROWITZ, Respondents, v. DAILY MIRROR, INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [144 Misc. 99.]

LILA GREENBERG, an Infant, by CHARLES GREENBERG, Her Guardian ad Litem, and CHARLES GREENBERG, Appellants, v. LOUIS COHEN, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

AARON NOBLE, Appellant, v. SIDNEY J. WOLLMAN, INC., and SIDNEY J. WOLLMAN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS C. PARTOS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring, etc., the Real Property Required for an Addition to Fort Washington Park, etc., and for the Widening of Dyckman Street, etc., in the Borough of Manhattan, City of New York.— Final decree affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE KIRKE LASHELLE COMPANY, Appellant, v. THE PAUL ARMSTRONG COMPANY and PHELAN BEALE, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [143 Misc. 707.]

S. SLATER & SONS, INC., Respondent, v. RICKER FABRICS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALFRED A. RITCHIE and Others, Respondents, v. SURPRENANT & COMPANY, INCORPORATED, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.